Elizabeth Rosenfeld (CA Bar No. 106577)
email: erosenfeld@wkclegal.com
Kathryn J. Halford (CA Bar No. 068141)
email: khalford@wkclegal.com
**WOHLNER KAPLON CUTLER HALFORD & ROSENFELD**
16501 Ventura Boulevard, Suite 304
Encino, CA 91436
Telephone: (818) 501-8030 ext. 313
Facsimile: (818) 501-5306

Attorneys for Plaintiffs, Board of Directors
of the Motion Picture Industry Pension Plan, et al.

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### Western Division

| | |
|---|---|
| BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY PENSION PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY INDIVIDUAL ACCOUNT PLAN; BOARD OF DIRECTORS OF THE MOTION PICTURE INDUSTRY HEALTH PLAN, <br><br> Plaintiffs, <br><br> vs. <br><br> TRIO ENTERTAINMENT SERVICES GROUP, LLC, a California Limited Liability Company, <br><br> Defendant. | **CASE NO. 2:19-cv-05494-JFW-Ex** <br><br> The Hon. John F. Walter <br><br><br> ORDER DISMISSING ACTION WITHOUT PREJUDICE |

This parties having stipulated and good cause appearing,

IT IS HEREBY ORDERED that this action is dismissed without prejudice.

DATED: December 12, 2019

_____
THE HON. JOHN F. WALTER
UNITED STATES DISTRICT JUDGE